FILED
At Albuquerque NM

JUN 3 0 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 16-2909 JCH |
| | ) | |
| vs. | ) | Count 1:  18 U.S.C. §§ 922(g)(1) and |
| | ) | 924(a)(2): Felon in Possession of |
| **ALEX VILLARREAL, a.k.a. "ZOMBIE,"** | ) | Firearms and Ammunition; |
| | ) | |
| Defendant. | ) | Count 2:  21 U.S.C. §§ 841(a)(1) and |
| | ) | (b)(1)(B): Distribution of 50 Grams and |
| | ) | More of a Mixture and Substance |
| | ) | Containing Methamphetamine. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about May 23, 2016, in Bernalillo County, in the District of New Mexico, the

defendant, **ALEX VILLARREAL**, having been convicted of the following felony crimes

punishable by imprisonment for a term exceeding one year:

    (1)    larceny,

    (2)    conspiracy to commit larceny,

    (3)    possession of marijuana with intent to distribute,  and

    (3)    aggravated assault, bound or restrain,

knowingly possessed, in and affecting commerce, a firearms, and ammunition:

    (1)    a Beretta, model BU9 Nano, .9mm caliber pistol, serial number NU066706,

    (2)    a High Standard, model Hombre, .22 caliber revolver, serial number 2285631,

    (3)    a Spike's Tactical, model ST15, .223 caliber rifle, serial number 03683,

(4)     a Sig Sauer, model P220, .45 caliber pistol, serial number G321572,

(5)     seven (7) Winchester brand, .45 caliber cartridges, and

(6)     one hundred fifty-nine (159) assorted cartridges.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Count 2

On or about May 25, 2016, in Bernalillo County, in the District of New Mexico, the

defendant, **ALEX VILLARREAL**, unlawfully, knowingly and intentionally distributed a

controlled substance, 50 grams and more of a mixture and substance containing a detectable

amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

FORFEITURE ALLEGATION

Count 2 of this Indictment is re-alleged and incorporated by reference for the purpose of

alleging forfeiture to the United States pursuant to 21 U.S.C. § 853.

Upon conviction of any offense in violation of 21 U.S.C. § 841, the defendant, **ALEX

VILLARREAL**, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property

constituting, or derived from, proceeds obtained, directly or indirectly, as a result of each offense

for which he is convicted, and any property used, or intended to be used, in any manner or part,

to commit, or to facilitate the commission of the said offenses.

The property to be forfeited to the United States includes but is not limited to the

following:

MONEY JUDGMENT

A sum of money of approximately $1,700.00 in U.S. currency equal to the amount of
proceeds obtained as a result of the offense in Count 2.

2

SUBSTITUTE ASSETS

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

KAB 6/17/2016 10:05 AM

3